Antonio Ruiz (#155659)
WEINBERG, ROGER & ROSENFELD, P.C.
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Phone: (510) 337-1001
Fax: (510) 337-1023
aruiz@unioncounsel.net

David P. Dean (*pro hac vice*)
Darin M. Dalmat (*pro hac vice*)
JAMES & HOFFMAN, P.C.
1130 Connecticut Avenue, NW, Suite 950
Washington, DC 20036
Phone: (202) 496-0500
Fax: (202) 496-0555
dpdean@jamhoff.com
dmdalmat@jamhoff.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE HERRERA; EDWARD LOPEZ; and SERVICE EMPLOYEES INTERNATIONAL UNION, UNITED SERVICE WORKERS WEST, <br><br> Plaintiffs, <br><br> v. <br><br> COMMAND SECURITY CORP., a New York Corporation, d/b/a AVIATION SAFEGUARDS, <br><br> Defendant. | CASE NO.:   C 12-04032 EMC <br><br> [**PROPOSED**] ORDER RE: <br><br> **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO DEFENDANT'S MOTION TO TRANSFER VENUE** [ECF NO. 25] <br><br> Local Rule 6-1(b): Court Order Required |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1
Case No. CV 12-4032
Joint Stipulation to Extend Time to Respond to Motion to Transfer Venue

1  Upon consideration of the parties' Joint Stipulation to Extend Time for Plaintiffs to
2  Respond to Defendant's Motion to Transfer Venue, it is hereby ORDERED that Plaintiffs'
3  response, if any, to Defendant's Motion to Transfer Venue shall be due by October 19, 2012, and
4  this Court shall hear Defendant's Motion on November ~~16,~~ 30, 2012 at 1:30 p.m. [~~or as soon thereafter as is~~
5  ~~convenient for the Court~~].
6  So ORDERED.

7
8  Dated: October 2, 2012

   The Honorable Edward M. Chen
   United States District Court Judge

10
11  132190/686213

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
Case No. CV 12-4032
Joint Stipulation to Extend Time to Respond to Motion to Transfer Venue